CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sandoz, Inc.  )
              )
              )
              )
         vs   )  Plaintiff
              )   Civil Action No._____
Food and Drug Administration,  )
Michael O. Leavitt, and Andrew C.  )
Von Eschenbach  )
              )
         Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Sandoz, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Sandoz, Inc.** which have any outstanding securities in the hands of the public:

Novartis AG (NVS)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

411579
BAR IDENTIFICATION NO.

Arthur Y. Tsien
Print Name

Olsson, Frank & Weeda, P.C., 1400 16th Street, N.W., Suite 400
Address

Washington,    D.C.    20036
City           State   Zip Code

202-789-1212
Phone Number