IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>ANDREW C. VON ESCHENBACH, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. _____ |

**PLAINTIFF'S CERTIFICATE OF COUNSEL**
**OF COMPLIANCE WITH LOCAL CIVIL RULE 65.1**

Pursuant to LCvR 65.1(a), the undersigned counsel for Sandoz (Mr. Tsien) certifies that on June 22, 2006, at approximately 9:05 am EDT, he contacted counsel for federal defendants (Jeffrey Steger, Esq., U.S. Department of Justice, Office of Consumer Litigation) and informed him about Sandoz's plan to file this lawsuit and this motion for a temporary restraining order. Counsel for Sandoz also provided notice of the filing of this lawsuit and this motion for a temporary restraining order to counsel to interested entities and presumptive proposed intervenors, IVAX Pharmaceuticals, Inc. (John Fleder, Esq., Hyman, Phelps & McNamara, P.C.) and Ranbaxy Laboratories Ltd. (Kate Beardsley, Esq., Buc & Beardsley). Contemporaneous with the filing of this lawsuit and this

motion, copies of all pleadings have been provided to all counsel by electronic mail and hand delivery.

June 22, 2006                                    Respectfully submitted,

                                                 Arthur Y. Tsien, Bar No. 411579
                                                 Patricia E. Pahl, Bar No. 427347
                                                 OLSSON, FRANK AND WEEDA, P.C.
                                                 1400 16th Street, N.W., Suite 400
                                                 Washington, D.C. 20036-2220
                                                 (202) 789-1212
                                                 (202) 234-3537 (fax)

                                                 Attorneys for Sandoz, Inc.

Of Counsel:

Shashank Upadhye, Esq.
Vice President – Head of Intellectual
   Property, Sandoz U.S.
Sandoz, Inc.
506 Carnegie Center
Princeton, NJ  08540-6543
609/627-8511
609/627-8500 (main)
609/627-8684 (FAX)

2