IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| MICHAEL O. LEAVITT, and ) | |
| ANDREW C. VON ESCHENBACH, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

This matter comes before the Court on the motion of Plaintiff Sandoz, Inc. for a temporary restraining order. Having reviewed Plaintiff's motion and the remainder of the file, the Court concludes that a temporary restraining order should be issued.

The Court finds that Plaintiff has demonstrated that there is a substantial likelihood that it will succeed on the merits of its claims, that it will suffer irreparable harm absent a temporary restraining order, that the balance of harms favors the entry of a temporary restraining order, and that the public interest favors the entry of a temporary restraining order.

Therefore, it is hereby ORDERED that Defendants Food and Drug Administration, Michael Leavitt, and Andrew von Eschenbach are TEMPORARILY RESTRAINED from issuing final approvals to any abbreviated new drug applications for generic simvastatin tablets until this Court can consider Plaintiff's motion for preliminary injunction. Unless extended, this order shall expire at ___ a.m./p.m. on _____, 2006.

Dated: _____        _____
                                UNITED STATES DISTRICT JUDGE