UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT and )<br>ANDREW C. VON ESCHENBACH, )<br>)<br>Defendants. )<br> ) | Civil Action No. 06-1134 |

**[PROPOSED] ORDER**

Before me is the Motion of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy") filed pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure, for leave to intervene in the above-captioned case. Having considered the Motion and the record in this case,

IT IS ORDERED that the motion be GRANTED.

Dated: _____            _____
       Washington, D.C.                   Royce C. Lamberth
                                          United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040


Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0044


Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600


Arthur Y. Tsien, Esq.
Patricia E. Pahl, Esq.
Olson, Frank and Weeda, P.C.
1400 16th St., NW
Suite 400
Washington, D.C. 20036-2220
(202) 789-1212


Jay B. Shapiro, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler Street
Suite 2200
Miami, FL 33130
(305) 789-3200

John R. Fleder, Esq.
Hyman, Phelps
700 13th St, N.W.
Suite 1200
Washington, D.C. 20005
(202) 737-4591