# Exhibit D

## Jan Meyers

**From:** Cookie Cottrell [CCottrell@gphaonline.org]
**Sent:** Wednesday, March 22, 2006 10:24 AM
**Subject:** GPhA Board of Directors Contact Information

Good Morning Directors,

We kindly ask you to review your contact information on the attached 2006 Board of Directors Contact Sheet and to provide us with any changes, including information about alternates and assistants. We thank you in advance for your time and consideration.

If I can be of further assistance, please do not hesitate to contact me.

Cookie Cottrell, CAE
Executive Assistant to Kathleen Jaeger
GPhA
2300 Clarendon Blvd.
Suite 400
Arlington, VA 22201
703/647-2484
703/647-2481 fax
ccottrell@gphaonline.org

3/22/2006

Board of Directors
*as of*
March 1, 2006

**Heather Bresch***
**Senior Vice President Strategic Corporate Development**
**Mylan Laboratories**
1500 Corporate Drive
Canonsburg, PA 15317
Home: 1008 Beaver Road
Sewickley, PA 15143
Phone: (724) 514-1800; Fax: (724) 514-1873
Home Phone: (412) 741-2395
E-mail: hbresch@mylanlabs.com
Assistant: Laurie Carrozza Marquis x1839
E-mail: laurie_marquis@mylanlabs.com
Alternate: Bob Billings, Dir. Gov't Relations
E-mail: bob.billings@mylanlabs.com
Phone: (724) 514-1887

**Chuck Caprariello**
**Vice President of Corporate Communications & Gov't Affairs**
**Ranbaxy, Inc.**
600 College Road East
Princeton, NJ 08540
Phone: (609) 720-5615  Fax: (609) 720-1155
E-mail: chuck.caprariello@ranbaxy.com
Assistant: Jan Meyers
E-mail: jan.meyers@ranbaxy.com
Alternate: Dipak Chattaraj
E-mail: dipak.chattaraj@ranbaxy.com
Phone: (609) 720-5614  Fax: (609) 720-1155
Address: Same as above

**Michael Collins***
**Group President**
**Mallinckrodt, Inc.**
675 McDonnell Blvd.
St. Louis, MO 63042
Phone: (314) 654-2000; Fax: (314) 654-6020
E-mail: Mike.Collins@Tycohealthcare.com
Assistant: Susan Newcomb
Phone: (314) 654-6274
E-mail: Susan.Newcomb@Tycohealthcare.com
Alternate: Patricia Cunningham
E-mail: Pat.Cunningham@Tycohealthcare.com
Phone: (314) 654-6020
Address: 675 McDonnell Blvd.
St. Louis, MO 63042

**Bruce Downey***
**Chairman and CEO**
**Barr Laboratories, Inc.**
9314 Rapley Preserve Drive (Home Address)
Potomac, MD 20854
Home Phone: (301) 767-9500
Phone: (201) 930-3700; Fax: (201) 930-3310
E-mail: bdowney@barrlabs.com
Assistant: Judith Campbell
E-mail: Jcampbell@barrlabs.com
Alternate: Jake Hansen, VP of Gov't. Affairs
E-mail: jhansen@barrlabs.com
Phone: (202) 393-6599; Fax: (202) 638-3386
Address: 444 N. Capital St., N.W., Suite 722
Washington, D.C. 20001
Assistant: G. Denise Barksdale
Phone: (202) 393-6599; Fax: (202) 638-3386
E-mail: dbarksdale@barrlabs.com

Rosendo Ferran*
Senior Consultant
New Chemic, Inc.
50 Chestnut Ridge Road, Suite 117
Montvale, NJ 07645
Phone: (201) 573-9220 x16; Fax: (201) 573-8423
E-mail: rferran@newchemic.com
Assistant: Angelica Ramirez (Angie)
E-mail: mail@newchemic.com
Alternate: Ariond Visconti
E-mail: avisconti@newchemic.com
Phone: (201) 573-9220 ext.18
Address: Same as above

Bernhard Hampl
President and CEO
Sandoz US
506 Carnegie Center, Suite 400
Princeton, NJ 08540
Phone: 609-627-8502; Fax: 609-627-8684
E-mail: bernhard.hampl@sandoz.com
Assistant: Sue Mallon (609)627-8519
E-mail: Susan.Mallon@sandoz.com
Alternate: Eric Pomerantz
E-mail: eric.pomerantz@sandoz.com
Phone: 609-627-8510; Fax: 609-627-8684
Assistant: Mary Zwiebel 609-627-8726
Address: 506 Carnegie Center, Suite 400
Princeton, NJ 08540

Chris Hendy
President
Novum Pharmaceutical
5900 Penn Avenue
Pittsburgh, PA 15206
Phone: (412) 363-3300
Fax: (412) 362-5783
Email: chendy@novumprs.com
Assistant:
Email:
Phone:
Alternate:
Email:
Phone:
Address:

John LaRocca
Vice President, Legal Affairs
Actavis
14 Commerce Drive, Suite 301
Cranford, NJ 07016
Phone: (908) 653-8117; Fax: (908)
E-mail: jlarocca@actavis.com
Assistant: Terry Jackson 653-8198
E-mail: terry.jackson@actavis.com
Assistant: Robin Mcleod
robin.mcleod@alpharma.com
Alternate: Sigurdur Olafsson
E-mail: solafsson@actavis.com
Phone: (908) 653-8114
Address: Same as above

Adam Levitt
Executive Vice President & GM
Perrigo Company
1625 Bathgate Avenue
Bronx, NY 10457
Phone: (718) 960-9980; Fax: (718) 960-9907
E-mail: adam.levitt@perrigo.com
Assistant: Rosanna Fragola
E-mail: rosanna.fragola@perrigo.com
Alternate: Dr. Jatin Shah
E-mail: jatin.shah@perrigo.com
Phone: (732) 393-4840; Cell (908)403-2322
Address: 71 Suttons Lane
Piscataway, NJ 08854

Tom Long
Vice President, Government Affairs
Watson Pharmaceuticals
1101 17th Street, NW, Suite 500
Washington, DC 20036
Phone: (202) 452-1102; Fax: (202) 452-1885
E-mail: tom.long@watsonpharm.com
Assistant: None
Alternate: Dr. Allen Chao, President
E-mail: achao@watsonpharm.com
Phone: (951) 493-5647
Address: 311 Bonnie Circle
Corona, CA 92880-2882

Kurt Orlofski
President & CEO
Pliva Inc.
72 Eagle Rock Avenue
East Hanover, NJ 07936
Phone: (973) 599-4318; Fax: (973) 599-4174
Email: kurt.orlofski@plivainc.com
Assistant:
Email:
Alternate:
Email:
Phone:

Joseph Pizza
Chief Executive Officer
Interchem Corporation
120 Route 17 North, #115
Paramus, NJ 07652
Phone: (201) 261-7333; Fax: (201) 261-7339
E-mail: jmpizza@interchem.com
Assistant: Lisa Calabria
E-mail: lcalabria@interchem.com
Alternate: David Hanson
E-mail: dhanson@interchem.com
Assistant: Kim Bianco
Phone: (201) 986-2041
Address: Same as above

Larry Rosenthal
Executive Vice President, Sales & Marketing
Andrx Corporation
8151 Peters Road, 4th Floor
Plantation, FL 33324
Phone: (954) 382-7608; Fax: (954) 382-7716
E-mail: larry.rosenthal@andrx.com
Assistant: Cheryl Lucas (954) 382-7753
E-mail: cheryl.lucas@andrx.com
Alternate: Roberta Loomar
E-mail: roberta.loomar@andrx.com
Phone: (954) 382-7617
Address: 4955 Orange Drive
         Davie, FL 33314

Darlene Ryan
President & CEO
PharmaFab
2940 N. Hwy. 360, #400
Grand Prairie, TX 75050
Phone: (972) 408-1311; Fax: (972) 408-1122
E-mail: dryan@pharmafab.com
Assistant: Susan Cearley x1317
E-mail: scearley@pharmafab.com
Alternate: Dan Desabrais
E-mail: ddesabrais@pharmafab.com
Phone: (972) 408-1330
Address: Same as above

Richard H. Roberts, MD
President & CEO
URL/Mutual
1100 Orthodox St.
Philadelphia, PA 19124
Phone: (215) 288-6500; Fax: (215) 288-6559
E-mail: rroberts@urlmutual.com
Assistant: Pat Hodgins
E-mail: phodgins@urlmutual.com
Phone: (215) 288-6500 x1007
Alternate: Richard Foster
E-mail:
Phone:
Address: Same as above

Scott Tarriff
President and CEO
Par Pharmaceuticals
300 Tice Boulevard
Woodcliff Lake, NJ 07677
Phone: (201) 802-4001; Fax: (201) 802-4622
E-mail: starriff@parpharm.com
Assistant: Carol Malagoli; Fax: x4180
E-mail: cmalagoli@parpharm.com`0
Alternate: Stephen Mock
E-mail: smock@parpharm.com
Phone: (201) 802-4000
Address: Same as above

Vincent Ursino
President
Vinchem, Inc.
301 Main Street
Chatham, NJ 07928
Phone: (973) 635-4841; Fax: (973) 6351459
E-mail: vursinosr@vinchem.com
Assistant: Patty Carey
E-mail: pcarey@vinchem.com
Alternate: Paul Ursino
E-mail: pursino@vinchem.com
Phone: Same as above
Address: Same as above

## At-Large Member

Tom Murphy
President and CEO
Ben Venue Laboratories
300 Northfield Road
Bedford, OH 44146
Phone: (440) 232-3320; Fax: (440) 439-6798
Email: tmurphy@cle.boehringer-ingelheim.com
Assistant: Diane Braunscheidel
E-mail: dbraunscheidel@cle.boehringer-ingelheim.com
Alternate: David Gaugh
E-mail: dgaugh@cle.boehringer-ingelheim.com
Phone: (440) 201-3369
Address: Same as above

## Association Counsel

Jackie Henson, Esq.
Partner
McKenna, Long & Aldridge
1900 "K" Street, N.W.
Washington, D.C. 20006
Phone: (202) 496-7549; Fax: (202) 496-7756
E-mail: jhenson@mckennalong.com
Assistant: Wendy L. Butler
E-mail: wbutler@mckennalong.com
Phone: (202) 496-7328

\* Executive Committee