UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, <br> MICHAEL O. LEAVITT and <br> ANDREW C. VON ESCHENBACH, <br><br> Defendants. | Civil Action No. 06-1134 |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion for a Temporary Restraining Order, the Oppositions thereto and the record in this case,

IT IS ORDERED that the motion be DENIED.


Dated: _____         _____
     Washington, D.C.                                  Royce C. Lamberth
                                                    United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040


Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0044


Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600


Arthur Y. Tsien, Esq.
Patricia E. Pahl, Esq.
Olson, Frank and Weeda, P.C.
1400 16th St., NW
Suite 400
Washington, D.C. 20036-2220
(202) 789-1212


Jay B. Shapiro, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler Street
Suite 2200
Miami, FL 33130
(305) 789-3200

John R. Fleder, Esq.
Hyman, Phelps
700 13th St, N.W.
Suite 1200
Washington, D.C. 20005
(202) 737-4591