UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                    )
SANDOZ, INC.,                       )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Civil Action No. 06-1134
                                    )
FOOD AND DRUG ADMINISTRATION,       )
MICHAEL O. LEAVITT and              )
ANDREW C. VON ESCHENBACH,           )
                                    )
    Defendants.                     )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

Counsel of record for Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of each of the proposed intervenor-defendants listed below, which have any outstanding securities in the hands of the public:

> Ranbaxy Laboratories Limited is a publicly traded company. It does not have any subsidiaries or affiliates that have outstanding securities in the hands of the public.

> Ranbaxy Inc.'s ultimate parent company, Ranbaxy Laboratories Limited, is a publicly traded company. Ranbaxy Inc. does not have any intermediate parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public.

> Ranbaxy Pharmaceuticals, Inc.'s ultimate parent company, Ranbaxy Laboratories Limited, is a publicly traded company. Ranbaxy Pharmaceuticals, Inc. does not have any intermediate parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public.

2

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  June 22nd, 2006

Respectfully submitted,

*Kate C. Beardsley*
Kate C. Beardsley
D.C. Bar No. 416806
Carmen M. Shepard
D.C. Bar No. 331314

Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Ranbaxy

2