## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2006, true and correct copies of the foregoing Motion to Intervene, Memorandum of Points of Authorities in Support of Motion by Ranbaxy to Intervene, Proposed Order, Declaration of Jayadeep R. Deshmukh and Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order were served upon the following by e-mail and by hand:

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040
e-mail: JLefkowitz@kirkland.com
       JOQuinn@kirkland.com

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0044
e-mail: Drake.Cutini@usdoj.gov

John R. Fleder, Esq.
Hyman, Phelps
700 13th St, N.W.
Suite 1200
Washington, D.C. 20005
(202) 737-4591
e-mail: jrf@hpm.com

Arthur Y. Tsien, Esq.
Patricia E. Pahl, Esq.
Olson, Frank and Weeda, P.C.
1400 16th St., NW
Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
e-mail atsien@ofwlaw.com


and by e-mail and first class mail upon:

Jay B. Shapiro, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler Street
Suite 2200
Miami, FL 33130
(305) 789-3200
e-mail: JShapiro@swmwas.com

_____
Carmen M. Shepard