UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 06-1134 (RCL) |
| FOOD AND DRUG ADMINISTRATION, et. al., | ) |
|     Defendants. | ) |

## ORDER

Upon full consideration of plaintiff's motion [4] for Temporary Restraining Order, the oppositions, oral argument, and the record herein, it is hereby

ORDERED that plaintiff's motion for Temporary Restraining Order is DENIED; and it is further

ORDERED that the Court deems plaintiff's Temporary Restraining Order motion as their Motion for Preliminary Injunction. It is further

ORDERED that oppositions to the motion for preliminary injunction will be due June 29, 2006. Parties may move for summary judgment at the same time. It is further

ORDERED that the motions for Defendant Intervenor status by Ranbaxy Pharmaceuticals Inc., IVAX Pharmaceuticals Inc., and Teva Pharmaceuticals USA, Inc., are hereby GRANTED. Defendant Intervenors' answers to the complaint shall be deferred until federal defendants' answer is due, or until further order of the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 23, 2006.