AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sandoz, Inc.

      Plaintiff(s)      )
)
)
**APPEARANCE**
)
)
      vs.      )   CASE NUMBER   06-1134
Food & Drug Administration, et al.   )
)
      Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jay P. Lefkowitz__ as counsel in this
                                        (Attorney's Name)

case for:__Teva Pharmaceuticals USA, Inc. (Intervenor)__
                     (Name of party or parties)

June 26, 2006
Date

*[signature]*
Signature

Jay P. Lefkowitz
Print Name

DC 449280
BAR IDENTIFICATION

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC     20005
City   State   Zip Code

202 879-5000
Phone Number