AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sandoz, Inc.

        Plaintiff(s)    )   **APPEARANCE**

        vs.    )   CASE NUMBER   06-1134

Food & Drug Administration, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  John C. O'Quinn  as counsel in this
(Attorney's Name)

case for:  Teva Pharmaceuticals USA, Inc. (Intervenor)
(Name of party or parties)

June 26, 2006
Date

*[signature: John C. O'Quinn]*
Signature

John C. O'Quinn
Print Name

DC 485936
BAR IDENTIFICATION

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC            20005
City            State            Zip Code

202 879-5000
Phone Number