CO-386-online
9/24/03

# United States District Court
# For the District of Columbia

Sandoz, Inc.    )
                )
                )
                )
        Plaintiff )   Civil Action No. 06-1134
  vs            )
                )
Food and Drug Administration, et al.  )
                )
                )
        Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Teva Pharmaceuticals USA, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Teva Pharmaceuticals USA, Inc.  which have any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC        20005
City        State       Zip Code

202 879-5000
Phone Number