AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sandoz, Inc.

        Plaintiff(s)    )
            )   **APPEARANCE**
            )
            )
        vs.    )   CASE NUMBER   06-CV-1134-ESH
Food and Drug Administration, et al.  )
            )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Douglas B. Farquhar__ as counsel in this
                (Attorney's Name)

case for: __IVAX Pharmaceuticals, Inc.__
        (Name of party or parties)

June 26, 2006
Date

Signature: [signed]
Douglas B. Farquhar
Print Name

386573
BAR IDENTIFICATION

700 13th Street, N.W., Suite 1200
Address

Washington, D.C.  20005
City            State           Zip Code

(202) 737-5600
Phone Number

A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sandoz, Inc.

      Plaintiff(s)    )
                               )   **APPEARANCE**
                               )
            vs.          )   CASE NUMBER   06-CV-1134-ESH
Food and Drug Administration, et al.  )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   John R. Fleder   as counsel in this
                            (Attorney's Name)

case for:   IVAX Pharmaceuticals, Inc.
           (Name of party or parties)


June 26, 2006
Date

                                       */s/ John R. Fleder*
                                       Signature

                                     John R. Fleder
176123                                Print Name
BAR IDENTIFICATION
                                   700 13th Street, N.W., Suite 1200
                                   Address

                                   Washington, D.C.  20005
                                   City         State         Zip Code

                                   (202) 737-5600
                                   Phone Number