CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sandoz, Inc. )
)
)
)
  Plaintiff )  Civil Action No. __06-CV-1134-ESH__
vs )
Food and Drug Administration, et al. )
)
)
  Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __IVAX Pharmaceuticals, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __IVAX Pharmaceuticals, Inc.__ which have any outstanding securities in the hands of the public:

IVAX Pharmaceuticals, Inc. is a wholly-owned subsidiary of IVAX Corporation but is not itself a publicly traded company. IVAX Pharmaceuticals, Inc. does not have any subsidiaries or affiliates that have outstanding securities in the hands of the public. IVAX Corporation is a publicly traded company. IVAX Corporation does not have any intermediate parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

386573
BAR IDENTIFICATION NO.

Douglas B. Farquhar
Print Name

700 13th Street, N.W., Suite 1200
Address

Washington, D.C.  20005
City    State    Zip Code

(202) 737-5600
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2006, true and correct copies of the foregoing Corporate Disclosure (Certificate Rule LCvR 7.1) and Notice of Appearance for Douglas B. Farquhar and John R. Fleder were served upon the following via e-mail and by first class mail:

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005
e-mail: JLefkowitz@kirkland.com
          JOQuinn@kirland.com

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Room 950 N
Washington, D.C. 20004
e-mail: Drake.Cutini@usdoj.gov

Arthur Y. Tsien, Esq.
Patricia E. Pahl, Esq.
Olson, Frank and Weeda, P.C.
1400 16th Street, N.W.
Suite 400
Washington, D.C. 20036-2220
e-mail: atsien@ofwlaw.com

Kate C. Beardsley, Esq.
Buc & Beardsley
919 18th Street, N.W.
Suite 600
Washington, D.C. 20006
e-mail: kbeardsley@bucbeardsley.com

Jay B. Shapiro
Stearns Weaver Miller Weissler
  Alhadeff & Sitterson, P.A.
150 W. Flagler Street
Suite 2200
Miami, Florida 33130
e-mail: JShapiro@swmwas.com

_____
Douglas B. Farquhar