AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

*2006 CV 01134 (ESH)*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *JUNE 22, 2006* |

| NAME OF SERVER *(PRINT)*  *BOBBY SCHOCHET* | TITLE  *PARALEGAL* |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:  *Food & Drug Administration*
  *5600 Fishers Lane*
  *Rockville, Md.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:  *June Ramey*
   *Office of General Counsel*

☐ Returned unexecuted: _____
   *signed for Andrew Eschenbach at FDA*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *June 22, 06*          *Bobby Schochet*
                   Date                         Signature of Server

*1400  16 th. St. N.W.*
*Suite 450*
Address of Server
*Washington DC 20036*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*06 CV 01134*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 22, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| BOBBY SCHOCHET | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Food & Drug Administration 5600 Fishers Lane Rockville md.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: June Kavey

☐ Returned unexecuted: Office of General Counsel for FDA

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 22, 2006          Bobby Schochet
            Date                    *Signature of Server*

Olsson, Frank & Weeda
1400 16th St. N.W.
*Address of Server*
Suite 400
Washington, DC. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*06-cv 01134*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 22, 2006* |
| NAME OF SERVER (PRINT) *BOBBY SCHOCHET* | TITLE *PARALEGAL* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *555 4th St. N.W.*
*Washington D.C. 20530*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: *REGINALD D. ROWAN LEGAL ASST.*

☐ Returned unexecuted: *signed for Kenneth Wainstein*
*US Attorney General for Dist. of Columbia*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *June 22, 2006*     *Bobby Schochet*
             Date              Signature of Server

*1400 16th St. N.W.*
*Suite 400*
Address of Server
*Washington, DC 20036*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*2006-CV01134*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 22, 2006* |
| NAME OF SERVER (PRINT) *BOBBY SCHOCHET* | TITLE *paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _200 Independence Ave., S.W._
_Washington, D.C. 20204_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Beverly Ellis (for Michael Leavitt)_
_General Counsel's office_

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _June 22, 06_          _Bobby Schochet_
                Date                                  Signature of Server

_1400 16th St. N.W._
_Suite 400_
Address of Server
_Washington, D.C. 20036_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*06 CV 01134*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | *JUNE 22, 2006* |
| NAME OF SERVER *(PRINT)* *BOBBY SCHOCHET* | TITLE *PARALEGAL* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _*950 Penn. Ave. Washington D.*_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _*Bay McDowell - mail room*_

☐ Returned unexecuted: _*at DO Justice signed for Alberto Gonzalos*_

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL *$15.00* | SERVICES | TOTAL *15.00* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _*June 22 06*_   _*Bobby Schochet*_
Date                              Signature of Server

*Olsson Frank & Weeda*
*1400 16th. St "N.W" Suite 400*
*Washington DC. 20036*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.