AO 440 (Rev. DC - September 2003) Summons in a Civil Action

2006CV01134 (ESH)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 22, 2006 |
| NAME OF SERVER *(PRINT)* BOBBY SCHOCHET | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Food & Drug Administration 5600 Fishers Lane Rockville, Md. ~~200~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: June Ramey Office of General Counsel signed for Andrew Eschenbach at FDA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 22, 06
Date

Signature of Server: Bobby Schochet

Address of Server: 1400 16th St. N.W. Suite 400 Washington DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

06cv01134

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 22, 2006 |
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE PARALEGAL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Food & Drug Administration, 5600 Fishers Lane, Rockville, md.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: June Rowe, Office of General Counsel for FDA

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 22, 2006      Bobby Schochet
         Date                        Signature of Server

Address of Server: Olsson, Frank & Weeda, 1400 16th St. N.W., Suite 400, Washington, DC. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

06-cv 01134

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 22, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| BOBBY SCHOCHET | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 555 4th St. N.W. Washington D.C. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: REGINALD D. ROWAN LEGAL ASST.

☐ Returned unexecuted: signed for Kenneth Wainstein US Attorney General for Dist. of Columbia

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 22, 2006        *Bobby Schochet*
            Date                  Signature of Server

1400 16th St. N.W.
Suite 400
Address of Server
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

2006-CV01134

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE June 22, 2006 |
| NAME OF SERVER *(PRINT)* BOBBY SCHOCHET | TITLE paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 200 Independence Ave, S.W. Washington, DC 20201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Beverly Ellis (for Michael Leavitt) General Counsel's office

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 22, 06
Date

*Signature of Server* Bobby Schochet

Address of Server: 1400 16th St. N.W. Suite 400 Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

06 CV 01134

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | JUNE 22, 2006 |
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 950 Dept. of Justice Penn. Ave. Washington DC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Bay McDowell - mail room at DO Justice signed for Alberto Gonzales

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $15.00 | SERVICES | TOTAL 15.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 22 06
Date

*Signature of Server:* Bobby Schochet

Olsson, Frank & Weeda
1400 16th. St. N.W. Suite 400
Washington DC. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.