IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC. )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>ANDREW C. VON ESCHENBACH, )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 06-1134 (RCL) |

**PLAINTIFF SANDOZ, INC.'S CONSENT MOTION
TO ESTABLISH BRIEFING SCHEDULE**

Plaintiff Sandoz, Inc. respectfully proposes the following briefing schedule, in lieu of the schedule set forth in the Court's June 23, 2006 Minute Order:

- Oppositions to Plaintiff's motion for preliminary injunction are due Friday, June 30, 2006.

- Plaintiff's reply brief in support of its motion for preliminary injunction is due Friday, July 7, 2006.

A proposed order setting forth this briefing schedule is attached. Counsel for Plaintiff consulted with counsel for federal defendants and counsel for the intervenors-defendants, who

1

indicated their consent.  All opposing counsel were provided with a draft of this motion, and indicated to the undersigned that this motion accurately reflect their positions.

June 28, 2006                                              Respectfully submitted,

/s/ Arthur Y. Tsien

Arthur Y. Tsien, Bar No. 411579
Patricia E. Pahl, Bar No. 427347
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3537 (fax)

Attorneys for Sandoz, Inc.

Of Counsel:

Shashank Upadhye, Esq.
Vice President – Head of Intellectual
   Property, Sandoz U.S.
Sandoz, Inc.
506 Carnegie Center
Princeton, NJ  08540-6543
609/627-8511
609/627-8500 (main)
609/627-8684 (FAX)

## CERTIFICATE OF SERVICE

      I, Arthur Y. Tsien, HEREBY CERTIFY that on this 28th day of June, 2006, a true and correct copy of the foregoing Plaintiff's Consent Motion to Establish Briefing Schedule and [Proposed] Order was served via E-mail and first class mail, postage prepaid, upon the following counsel for federal defendants, who is not listed on the docket as receiving ECF filings in connection with this case:

      Drake S. Cutini
      U.S. Department of Justice
      Office of Consumer Litigation
      Room 950 North
      1331 Pennsylvania Ave., NW
      Washington, D.C. 20004

      /s/ Arthur Y. Tsien
_____
      Arthur Y. Tsien