IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1134 (RCL) |
| | ) | |
| FOOD AND DRUG ADMINISTRATION, | ) | |
| MICHAEL O. LEAVITT, and | ) | |
| ANDREW C. VON ESCHENBACH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

The Court has considered Plaintiff Sandoz, Inc.'s Consent Motion to Establish Briefing Schedule, and concludes that the motion should be granted.

IT IS HEREBY ORDERED that

- Oppositions to Plaintiff's motion for preliminary injunction are due Friday, June 30, 2006.

- Plaintiff's reply brief in support of its motion for preliminary injunction is due Friday, July 7, 2006.

Dated: June __, 2006                              _____
                                                   UNITED STATES DISTRICT JUDGE

1