A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sandoz, Inc.

      Plaintiff(s)  )  **APPEARANCE**

vs.  )  CASE NUMBER   06-CV-1134-ESH

Food and Drug Administration, et al.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __John R. Fleder__ as counsel in this
            (Attorney's Name)

case for: __IVAX Pharmaceuticals, Inc.__
      (Name of party or parties)

June 26, 2006
Date

[Signature]
Signature

John R. Fleder
Print Name

176123
BAR IDENTIFICATION

700 13th Street, N.W., Suite 1200
Address

Washington, D.C.  20005
City          State          Zip Code

(202) 737-5600
Phone Number