UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG )<br>ADMINISTRATION, et. al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 06-1134 (RCL) |

### ORDER

Upon consideration of Plaintiff Sandoz, Inc.'s Consent Motion [16] to Establish Briefing Schedule, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that:

1) Oppositions to Plaintiff's motion for preliminary injunction are due Friday, June 30, 2006.

2) Plaintiff's reply brief in support of its motion for preliminary injunction is due Friday, July 7, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 28, 2006.