IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDOZ, INC.,

    Plaintiff,

v.

FOOD AND DRUG ADMINISTRATION, ET AL.,

    Defendants.

Case No. 06-CV-1134 (ESH)

**CONSENT MOTION OF IVAX PHARMACEUTICALS TO ADMIT COUNSEL**
***PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Civil Rules, the undersigned counsel for IVAX Pharmaceuticals, Inc. ("IVAX"), respectfully moves this Court for an order allowing Attorney Jay B. Shapiro of the firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., to be admitted to practice *pro hac vice* in this Court for the purpose of acting as co-counsel on behalf of IVAX in the above-entitled action. The undersigned contacted Drake S. Cutini, the attorney for the Food and Drug Administration, and Arthur Tsien, the attorney for Sandoz, and both have indicated that they do not oppose this motion. In support of this motion, IVAX states the following:

1.    The office address of Attorney Shapiro is as follows:

    Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 789-3200
    Facsimile: (305) 789-3395
    JShapiro@swmwas.com

2.  Attorney Shapiro is a member in good standing of the bar of the State of Florida. He is also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Ninth, Eleventh, District of Columbia and Federal Circuits; and the United States District Courts for the Southern and Middle Districts of Florida.

3.  Attorney Shapiro has not been denied admission or disciplined by this Court or any other Court.

4.  Attorney Shapiro has knowledge of the local rules of this Court and is not a resident of the District of Columbia.

5.  Declaration setting forth the necessary information regarding the qualifications of Attorney Shapiro to practice before this Court, along with such other information required by Local Rule 83.2 (d), is attached hereto as Exhibit A and made a part hereof.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorney Jay B. Shapiro, *pro hac vice*, to practice as a visiting attorney before this Court representing IVAX in all matters related to this proceeding.

Respectfully submitted,

HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth St. N.W., Suite 1200
Washington, D.C. 20005
202-737-5600
202-737-9329 (Facsimile)
Douglas B. Farquhar, Bar no. 386573

By: _____
Douglas B. Farquhar

## CERTIFICATE OF SERVICE

 I hereby certify that on June 28, 2006, copies of the foregoing Consent Motion to Admit Counsel *Pro Hac Vice* and Declaration of Jay Shapiro was served via first-class mail, postage-pre-paid, upon:

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005
e-mail: JLefkowitz@kirkland.com
   JOQuinn@kirland.com

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Room 950 N
Washington, D.C. 20004
e-mail: Drake.Cutini@usdoj.gov

Arthur Y. Tsien, Esq.
Patricia E. Pahl, Esq.
Olson, Frank and Weeda, P.C.
1400 16th Street, N.W.
Suite 400
Washington, D.C. 20036-2220
e-mail: atsien@ofwlaw.com

Kate C. Beardsley, Esq.
Buc & Beardsley
919 18th Street, N.W.
Suite 600
Washington, D.C. 20006
e-mail: kbeardsley@bucbeardsley.com

          _____
          Douglas B. Farquhar