IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDOZ, INC.,

        Plaintiff,

v.

FOOD AND DRUG ADMINISTRATION, ET AL.,

        Defendants.

Case No. 06-CV-1134(ESH)

**DECLARATION OF JAY B. SHAPIRO IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Jay B. Shapiro, declare as follows:

1. I am a shareholder in the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. My contact information is set forth with my signature below.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Florida. I am also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Ninth, Eleventh, District of Columbia and Federal Circuits; and the United States District Courts for the Southern, Middle and Northern Districts of Florida.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* before the United States District Court for the District of Columbia on three occasions in the past three years.

Exhibit A

6. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/27/06

Jay B. Shapiro
Stearns Weaver Miller Weissler
   Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
JShapiro@swmwas.com