UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC. , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1134 (RCL) |
| ) | |
| FOOD AND DRUG ) | |
| ADMINISTRATION, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set for in the Motion [19] filed by Attorney Jay B. Shapiro and signed by Attorney Douglas B. Farquhar, a member in good standing of this Bar, and following a review of the Jay Shapiro's Declaration dated June 27, 2006, which demonstrates that Attorney Shapiro meets all of the requirements of LCvR 83.2 (d), it is hereby

ORDERED, that Attorney Jay Shapiro's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 29, 2006.