AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sandoz, Inc.

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   06-cv-1134(RCL)
Food and Drug Administration, et al.  )

        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Carmen M. Shepard  as counsel in this
                              (Attorney's Name)

case for:  Ranbaxy Laboratories Limited, Ranbaxy Pharmaceuticals, Inc., and Ranbaxy, Inc.
                            (Name of party or parties)

June 29, 2006                       /s/ Carmen Shepard
Date                                   Signature

                                    Carmen Shepard
331314                             Print Name
BAR IDENTIFICATION        919 18th St. NW, Ste. 600
                                    Address

                                    Washington, DC  20006
                                    City        State        Zip Code

                                    202-736-3620
                                    Phone Number