UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC.<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>IVAX PHARMACEUTICALS, INC.<br><br>Proposed Intervenors-Defendants. | Case No. 06-1134 |

## DECLARATION OF DAVID MARSHALL

I, David Marshall, hereby declare under penalty of perjury as follows:

1. I am the Vice President of Sales and Marketing of Teva Pharmaceuticals USA, Inc. ("Teva").

2. Teva is the wholly owned, indirect subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), a global pharmaceutical company headquartered in Israel. In turn, Teva indirectly wholly owns Ivax Pharmaceuticals, Inc. ("Ivax"). Teva distributes the finished pharmaceutical products of both Teva Ltd. and Ivax in the United States, and is an industry leader in the development, manufacture, and marketing of generic pharmaceutical products in the United States.

3. On December 14, 2000, Ivax filed ANDA No. 76-052, which I understand to be the first U.S. application for generic simvastatin in the 5 mg, 10 mg, 20 mg, and 40 mg strengths.

4. Ivax filed a Paragraph IV ANDA with respect to two of the patents listed with the Food and Drug Administration ("FDA") for simvastatin, U.S. Patent No. Reissued 36481 ("the '481 patent"), and U.S. Patent No. Reissued 36520 ("the '520 patent"). Ivax filed a Paragraph III ANDA with respect to a third patent, U.S. Patent No. 4,444,784 ("the '784 patent"). It is therefore expected that the FDA will approve Ivax's ANDA upon the expiration of the '784 patent tomorrow—June 23, 2006—and award Teva and Ivax 180-day exclusivity.

5. Merck's combined sales of simvastatin tablets of 5 mg, 10 mg, 20 mg, 40 mg, and 80 mg are well in excess of $4 billion per year.

6. As Vice President of Sales and Marketing for Teva, I am involved in the introduction and promotion of new generic drug products for the United States market.

7. Based on the expectation that Ivax's ANDA would be approved tomorrow, June 23, 2006, and that the FDA would award Teva and Ivax 180-day exclusivity, Teva has negotiated contracts with a number of major customers, and has spent millions of dollars packaging Ivax's generic simvastatin products, transferring those products to a national distribution facility, and preparing to ship boxes of those products to its customers beginning tomorrow morning.

8. Were the approval of Ivax's ANDA to be delayed by an injunction or temporary restraining order, Teva's ability to fulfill its pending contracts with major customers would be seriously compromised.

9. In my capacity as Vice President of Sales and Marketing and through conversations with potential customers, I have become aware that Merck & Co., Inc. ("Merck"), the patentee, intends to market its own unbranded simvastatin product (called an "authorized generic") through an agreement with Dr. Reddy's Laboratories Inc. ("Dr. Reddy's").

10. I understand that Dr. Reddy's is already negotiating long-term contracts with major potential customers of generic simvastatin.

11. Were the approval of Ivax's ANDA to be delayed by court action, it is my understanding that it would not preclude Dr. Reddy's from marketing an authorized generic.

12. Any delay in approval of Ivax's ANDA will give Dr. Reddy's a distinct advantage in negotiating contracts to supply generic simvastatin.

13. A delay in approval of Ivax's ANDA due to an injunction or temporary restraining order, coupled with uncertainty as to the launch date for Ivax's generic simvastatin, would therefore allow Dr. Reddy's to tie up distribution channels and access to customers, enter into long-term sales agreements, increase sales across all product lines, and retain greater market share in the long term, all to the disadvantage of Ivax and Teva.

14. Although some authorized generics wait to launch until the first generic product is introduced into the market, some will launch preemptively, particularly if they believe there is a short window in which they can capture long-term market share.

15. In the event that Dr. Reddy's uses its market advantage to tie up distribution channels, even a one-week delay in Teva launching Ivax's simvastatin product could cost Ivax and Teva in excess of $200 million dollars in lost sales and $150 million in lost profits.

16. A total loss of six-month exclusivity would likely cost Ivax and Teva in excess of $350 million in lost sales and in excess of $250 million in lost profits.

Dated: June 22, 2006

David Marshall

3