

**DR. REDDY'S**
Dr. Reddy's Laboratories, Inc.
355 Crestmont Drive
Fort Mill, SC 29708-8100
Customer Service: 866.733.3952
Fax: 866.733.3939

June 22, 2006                                                      VIA EMAIL

Mr. Jay Levine
Harvard Drug Group LLC
31778 Enterprise Drive
Livonia, MI 48150

*Re: Release of Simvastatin*

Dear Jay:

Per our executed Quarantine Agreement of June 1, 2006, Dr. Reddy's Laboratories, Inc. hereby approves the release of *Simvastatin 5mg, 10mg, 20mg, 40mg, and 80mg* and hereby gives *"Harvard Drug Group LLC"* approval to commence distribution of this product, *effective 12:01 a.m., Friday, June 23, 2006*. Please note that this release is for *Simvastatin 5mg, 10mg, 20mg, 40mg, and 80mg* only.

If you have any questions or concerns at all regarding our agreement, please do not hesitate to call me at 803-802-1195 or Tricia Wetzel at 636-527-6950.

Sincerely,

*[signature]*

Jeanmarie Dunk
Vice President, Sales Operations

JMD:lcs

CONFIDENTIALITY STATEMENT: This email transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this email in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected.