**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>ANDREW C. VON ESCHENBACH, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1134 (RCL) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter comes before the Court on the motion of Plaintiff Sandoz, Inc. ("Sandoz") for a preliminary injunction. Having reviewed Plaintiff's motion and the remainder of the file, the Court concludes that a preliminary injunction should issue.

The Court finds that Plaintiff has demonstrated that there is a substantial likelihood that it will succeed on the merits of its claims, that it will suffer irreparable harm absent a preliminary injunction, that the balance of harms favors the entry of a preliminary injunction, and that the public interest favors the entry of a preliminary injunction.

Therefore, it is hereby ORDERED that, pending final resolution of this case on the merits, Defendants Food and Drug Administration, Michael Leavitt, and Andrew von Eschenbach are PRELIMINARILY ENJOINED from delaying the final approval of Sandoz's, Aurobindo Pharma Ltd.'s, or any other sponsor's abbreviated new drug application ("ANDA") for 5mg, 10mg, 20mg, 40mg, and/or 80mg generic simvastatin tablets that was not required to certify to the '481 and '520 patents at the time of original ANDA submission, solely on the basis that final ANDA approval is

delayed because of the 180-day exclusivity rights held by IVAX Pharmaceuticals, Inc. and/or Ranbaxy Laboratories, Ltd.

Dated: _____                    _____
                                             UNITED STATES DISTRICT JUDGE

**SERVICE LIST**

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C. 20004
202/307-0044

Paul A. Mussenden, Esq.
Assistant United States Attorney
U.S. Department of Justice
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202/305-4740

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Michael Shumsky, Esq.
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005
202/879-5040

Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
Buc & Beardsley
919 Eighteenth Street, NW
Suite 600
Washington, D.C. 20006
202/736-3600

Arthur Y. Tsien, Esq.
Patricia E. Pahl, Esq.
Olsson, Frank and Weeda, P.C.
1400 Sixteenth Street, N.W.
Suite 400
Washington, D.C. 20036-2220
202/789-1212

Jay B. Shapiro, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler Street
Suite 2200
Miami, FL 33130
305/789-3200

Douglas B. Farquhar, Esq.
John R. Fleder, Esq.
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
202/737-4580