UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC. , )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>FOOD AND DRUG )<br>ADMINISTRATION, et. al., )<br>)<br>  Defendants. )<br>_____) | Civil Action No. 06-1134 (RCL) |

## ORDER

Upon consideration of plaintiff's motion [4] for a preliminary injunction, the response thereto, the applicable law and the entire record herein, it is hereby

ORDERED that plaintiffs' motion for a preliminary injunction is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, July 12, 2006.