UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1134 (RCL) |
| | ) | |
| FOOD AND DRUG ADMINISTRATION, et. al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of plaintiff's motion [4] for a preliminary injunction, the response thereto, the applicable law and the entire record herein, it is hereby

ORDERED that plaintiffs' motion for a preliminary injunction is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 12, 2006.