# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1134 (RCL) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| MICHAEL O. LEAVITT, and ) | |
| ANDREW C. VON ESCHENBACH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Sandoz, Inc. ("Sandoz") appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion dated July 12, 2006, which denied Sandoz's motion for preliminary injunction.

July 20, 2006

Respectfully submitted,

Arthur Y. Tsien, Bar No. 411579
Patricia E. Pahl, Bar No. 427347
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3537 (fax)

Attorneys for Sandoz, Inc.

RECEIVED
JUL 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Of Counsel:

Shashank Upadhye, Esq.
Vice President – Head of Intellectual
  Property, Sandoz U.S.
Sandoz, Inc.
506 Carnegie Center
Princeton, NJ  08540-6543
609/627-8511
609/627-8500 (main)
609/627-8684 (FAX)

## CERTIFICATE OF SERVICE

      I, Arthur Y. Tsien, HEREBY CERTIFY that on this 20th day of July, 2006, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served via hand-delivery (unless otherwise stated) and via E-mail upon the following counsel:

        Drake S. Cutini
        U.S. Department of Justice
        Office of Consumer Litigation
        Room 950 North
        1331 Pennsylvania Ave., NW
        Washington, D.C.  20004

        Paul A. Mussenden
        Assistant United States Attorney
        U.S. Department of Justice
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530

        Douglas B. Farquhar
        John R. Fleder
        Hyman, Phelps & McNamara, P.C.
        700 Thirteenth Street, N.W.
        Suite 1200
        Washington, D.C.  20005

        Kate C. Beardsley
        Carmen M. Shepard
        Buc & Beardsley
        919 Eighteenth Street, NW, Suite 600
        Washington, D.C.  20006

        Jay B. Shapiro (by FedEx)
        Stearns Weaver Miller Weissler
        Alhadeff & Sitterson, P.A.
        150 W. Flagler Street
        Suite 2200
        Miami, FL  33130

Jay P. Lefkowitz
John C. O'Quinn
Michael Shumsky
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005

_____
Arthur Y. Tsien
*Counsel for Sandoz, Inc.*