UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>ANDREW C. VON ESCHENBACH, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>IVAX PHARMACEUTICALS, INC., )<br>RANBAXY LABORATORIES LIMITED, )<br>RANBAXY, INC., and )<br>RANBAXY PHARMACEUTICALS, INC., )<br>)<br>Intervenor-Defendants. )<br>) | Civil Action No. 06-1134 (RCL) |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On July 20, 2006, plaintiff Sandoz appealed this Court's July 12, 2006, Order and Memorandum Opinion denying Sandoz' motion for preliminary injunction. The federal defendants' response to the complaint is presently due August 21, 2006. Because of the pending appeal, the federal defendants seek an extension of time to respond to the complaint until 20 days after disposition of the appeal. As reflected in this Court's Order of June 23, 2006, the intervenor-defendants' answers to the complaint are due at the same time as the federal defendants, so this motion will serve to extend their time to respond as well. The undersigned counsel for the federal defendants, Drake Cutini, has contacted counsel for plaintiff and

intervenor-defendants, and they do not oppose this motion. A proposed order is attached.

| Of Counsel: | Respectfully submitted, |
|---|---|
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | /s/ Drake Cutini<br>DRAKE CUTINI |
| PAIGE TAYLOR<br>Associate Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-1161 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel:  202-307-0044<br>Fax:  202-514-8742 |

July 26, 2006