UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1134 (RCL) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| MICHAEL O. LEAVITT, and ) | |
| ANDREW C. VON ESCHENBACH, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| IVAX PHARMACEUTICALS, INC., ) | |
| RANBAXY LABORATORIES LIMITED, ) | |
| RANBAXY, INC., and ) | |
| RANBAXY PHARMACEUTICALS, INC., ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |

## ORDER

Upon consideration of federal defendants' unopposed motion for an extension of time to respond to the complaint, it is hereby

ORDERED that the motion is GRANTED, and the federal defendants' and intervenor-defendants' responses to the complaint are due 20 days after disposition of plaintiff's appeal of the Court's July 12, 2006, denial of its motion for a preliminary injunction.

Date: _____

_____
ROYCE C. LAMBERTH
United States District Judge