UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1134 (RCL) |
| ) | |
| FOOD AND DRUG ) | |
| ADMINISTRATION, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of federal defendants' unopposed motion [30] for an extension of time to respond to the complaint, it is this hereby

ORDERED that the Motion is GRANTED and the federal defendants' and intervenor-defendants' responses to the complaint are due 20 days after disposition of plaintiff's appeal of the Court's July 12, 2006, denial of its motion for a preliminary injunction.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.