**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1134 (RCL) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| MICHAEL O. LEAVITT, and ) | |
| ANDREW C. VON ESCHENBACH, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Sandoz, Inc. hereby voluntarily dismisses this action without prejudice. No defendant has served an answer or a motion for summary judgment.

September 8, 2006.

Respectfully submitted,

/s/ Arthur Y. Tsien

Arthur Y. Tsien, Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3537 (fax)

Attorneys for Sandoz, Inc.

Of Counsel:

Shashank Upadhye, Esq.
Vice President – Head of Intellectual
  Property, Sandoz U.S.
Sandoz, Inc.
506 Carnegie Center
Princeton, NJ  08540-6543
609/627-8511
609/627-8500 (main)
609/627-8684 (FAX)