# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5204                                                          September Term, 2005

06cv01134



Sandoz Inc.,
    Appellant

v.

Food & Drug Administration, et al.,
    Appellees

**BEFORE:**     Ginsburg, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the response thereto, and the reply; and the motion to expedite consideration of this appeal, the responses thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance of the district court's denial of a preliminary injunction be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). As mandated by the district court's decision in Ranbaxy Labs., Ltd. v. Leavitt, No. 05-1838 (D.D.C. 2006), the Food and Drug Administration (FDA) approved the Abbreviated New Drug Applications (ANDAs) filed by two manufacturers of generic simvastatin. In the district court, the appellant moved for a preliminary injunction to restrain the FDA from issuing those approvals. The appellant also sought (apparently in the alternative) to enjoin the FDA from delaying final approval of the appellant's generic simvastatin. When considering a request for injunctive relief, a court must weigh: (1) the movant's likelihood of success on the merits; (2) irreparable injury to the movant; (3) injury to other interested parties; and (4) the public interest. See Washington Metro Area Transit Comm'n v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977). Because the FDA refused to approve appellant's ANDA for generic simvastatin during the 180-day period of marketing exclusivity for two other simvastatin manufacturers mandated by the district court's decision in Ranbaxy, the district court properly concluded that appellant's claim was not sufficiently likely to succeed on the merits and denied the motion for a preliminary injunction. We express no opinion here as to whether the district court's opinion in Ranbaxy was correct; that issue is before this panel in a separate appeal (No. 06-5154). It is

United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5204**             **September Term, 2005**

    **FURTHER ORDERED** that the motion to expedite consideration of this appeal be dismissed as moot.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Michael C. McGrail
Michael C. McGrail
Deputy Clerk